AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

RECEIVED

District of Hawaii

2004 APR -7 PM 4: 14

UNITED STATES OF AMERICA,   U.S. MARSHALS SERVICE   **WARRANT FOR ARREST**
HONOLULU, HI.

V.

Case Number: CR 04-00146 SOM 03

VAN DUONG

YOU ARE HEREBY COMMANDED TO ARREST VAN DUONG and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Conspiracy to distribute and to possess w/intent to distribute methamphetamine, a Schedule II controlled substance - Ct 2.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2007

at _____ o'clock and __10__min P M
SUE _____

in violation of Title 21 United States Code, Section(s) 846.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | April 7, 2004 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL   By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  4/28/04 | for Central CA | |