| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 04-00146SOM-03 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* SACR-07-105 CJC |

| NAME OF SUPERVISED RELEASEE: VAN DUONG | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/22/2006  TO 12/21/2011 |

FILED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
June 11, 2007
CENTRAL DISTRICT OF CA
BY ___

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 14 2007
at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

OFFENSE  Count 2 of the Indictment: Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(A), a Class A felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Santa Ana)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/4/07
_____
Date

_____
Susan Oki Mollway, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (Santa Ana)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 29 2007
_____
Effective Date

CHIEF _____
United States District Judge
ALICEMARIE H. STOTLER