CR 04-00146 SOM-03

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACR07-105 CJC |
| v. | |
| VAN DUONG | NOTICE OF JURISDICTION / TREATY TRANSFER-IN |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the
    ☒ supervised release
    ☐ probation
    ☐ treaty
transfer-in for the case referred to above.

The matter has been randomly assigned to United States District Judge Cormac J Carney for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U. S. District Court

06/12/07
Date

By: Lori Anderson
Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (01/02)      NOTICE OF JURISDICTION / TREATY TRANSFER-IN