

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

June 12, 2007

Clerk, United States District Court
District of Hawaii
C338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 14 2007

at 1 o'clock and 10 min. P M
SUE BEITIA, CLERK

Re:    Transfer of Jurisdiction of Probation

Your Case No. CR04-146SOM-03

Assigned Our Case No. SACR07-105 CJC

Case Title: USA v Van Duong

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Alicemarie H Stotler.

Please forward to this district court certified copies of the following documents:
1)  Indictment, Information, or Complaint
2)  Judgment and Probationary Order
3)  If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By Lori Anderson
   Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (12/01)    TRANSMITTAL LETTER - PROBATION TRANSFER-IN

