# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 18, 2007

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE:   TRANSFER OF JURISDICTION
      USDC HI Case No. CR 04-00146 SOM-03
      USA vs. Van Duong (03)
      USDC Central District of California Case No. SACR07-105 CJC

Dear Sir:

   Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: certified copy of Indictment, certified copy of Judgment, certified copy of Transfer of Jurisdiction and certified docket sheet.

   Please acknowledge receipt on the copy of this letter and return.

Sincerely,

Sue Beitia, Clerk

By: _____
Deputy Clerk

encl.

cc: US Probation, Honolulu, HI

*******************************************************************************
Receipt is acknowledged by:

By:_____, Clerk, US District Court Central District of California

Date: _____